VEGA ET AL., DEMANDANTES Y APELANTES, *v.* AGOSTO ET AL., DEMANDADOS Y APELADOS.

Apelación procedente de la Corte de Distrito de San Juan, Sección Primera, en pleito sobre reivindicación y daños y perjuicios.

No. 2506.—Resuelto en julio 18, 1922.

REIVINDICACIÓN—DESCRIPCIÓN DE LAS FINCAS OBJETO DE REIVINDICACIÓN—PRUEBA CONTRADICTORIA.—En el presente caso en que se trata de reivindicar de varios demandados las diferentes parcelas que se alega integran la finca objeto

del pleito, *se resolvió:* que procede confirmar la sentencia que desestimó la demanda:

1ro. Porque ésta no describe la porción de terreno que se alega posee cada demandado, ni tal descripción aparece de la prueba;

2do. Porque la prueba es insuficiente; y

3ro. Porque es contradictoria y no se ha demostrado que la corte cometiera error al apreciarla.

Los hechos están expresados en la opinión.

Abogado de los apelantes: *Sr. M. Acosta Velarde.*

Abogado de los apelados: *Sr. F. Piñero.*

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

Esta apelación ha sido establecida por los demandantes contra la sentencia que declara sin lugar su demanda.

Fundaron su acción en que han sido declarados únicos herederos de Víctor Vega quien era dueño de una finca de 78 cuerdas de terreno radicada en el barrio de Cubuy de Loíza cuya posesión fué inscrita en el registro de la propiedad en 1894; que su padre vendió 34 cuerdas de terreno de esa finca a Felipe Ortiz, restándole 44 cuerdas cuya descripción hicieron; que muerto su padre en 1902 al año siguiente los cinco demandados se introdujeron en la finca y contra la voluntad de los demandantes ocuparon las siguientes porciones; que Rosario Agosto, 32 cuerdas; Aquilino Vega, 2 cuerdas; Ramón Calderón, 2 cuerdas; Joaquín Mosa, 5 cuerdas, y Portalatino de la Cruz, 3 cuerdas; que los demandados dichos se han aprovechado de los productos de las porciones expresadas y señalan la cantidad por la que por ese concepto debe responder cada uno.

Los demandados comparecieron conjuntamente y formularon excepción previa contra la demanda, pero habiendo sido desestimada contestaron negando de una manera general todos y cada uno de los hechos contenidos en la demanda y especialmente alegaron como defensa que Rosario Agosto, Aquilino Vega, Joaquín Mosa y Portalatino de la Cruz no poseen ni han poseído ninguno de los terrenos que forman la finca objeto de la reivindicación; que las dos cuerdas de

terreno que dicen los demandantes que están poseídas por Ramón Calderón fueron por éste compradas a Felipe Ortiz según escritura pública de 1906 quien compró a Víctor Vega, padre de los demandantes, y que los terrenos que se reivindican no han podido producir las cantidades alegadas en la demanda, por todo lo que pidieron que fuera declarada sin lugar.

Ni la demanda describió la porción de terreno que cada demandado tiene a fin de que pudiera declararse en sentencia condenatoria lo que cada uno tenía que entregar y pudiera ser cumplida por el marshal, ni tales descripciones aparecen de la prueba. La de los demandantes consistió en las declaraciones de dos de ellos, habiendo declarado Eduardo Vega que no sabe si ahora tiene Rosario Agosto las 32 cuerdas; y Secundino Vega que Rosario Agosto las ha pasado en venta a Rexach; otros dos testigos hablan en general de la finca de 44 cuerdas y, como los anteriores, se refieren principalmente a Rosario Agosto; el testigo Ruperto Miller aunque declaró sobre la finca de 44 cuerdas, sobre sus conlindancias y dijo que los demandados le habían manifestado que tenían esas porciones de terreno, resultó ser un testigo que no conocía a Víctor Vega ni la finca, ni a los demandantes hasta que tuvo con éstos una entrevista en la que le mostraron la finca, lo encargaron de buscar abogado y de ir al registro de la propiedad y concluyó por manifestar que lo que declaraba lo sabía por referencia. En cuanto a Ramón Calderón no se demostró que las dos cuerdas que tiene sean parte de la finca de 44 cuerdas.

Esa prueba es insuficiente de por si para poder decretar la reivindicación y fué contradicha totalmente en cuanto a que los demandados estén poseyendo la finca de 44 cuerdas pues no solamente Rosario Agosto negó que jamás haya tenido finca alguna en Cubuy sino que declaró que quien tiene la finca es su hermano Julio Agosto, extremo confirmado por el colindante Hilario Rodríguez y por el propio Julio

Agosto quien declaró que es él quien tiene la finca. Por su parte Ramón Calderón probó con su escritura que compró las dos cuerdas que tiene a Felipe Ortiz de las 34 que este había comprado a Víctor Vega, que es el padre de los demandantes.

El juez sentenciador dió crédito a estos testigos y por tanto no habiendo probado los demandantes que sean los demandados quienes tienen las fincas que le reclaman no podía dictarse sentencia ordenándoles que las entregaran.

La sentencia apelada debe ser confirmada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente del Toro y Asociado Hutchison.

Los Jueces Asociados Sres. Wolf y Franco Soto no tomaron parte en la resolución de este caso.